JS-6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GARY ALLEN WILSON,           ) Case No. EDCV 08-1462-GHK (MLG)
                             )
         Petitioner,         )           JUDGMENT
                             )
         v.                  )
                             )
A.J. YATES, Warden,          )
                             )
         Respondent.         )
_____)


  IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 12/9/08

_____
George H. King
United States District Judge